```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __7/6/2020__

---------------------------------------------------------------------X
:
Berkley Custom Insurance Managers,              :
:
              Plaintiff,           :
:    18-cv-9297 (LJL)
   -v-                                          :
:    ORDER
York Risk Services Group, Inc.,                 :
:
              Defendant.          :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court held a status conference on July 2, 2020 to discuss ongoing discovery disputes. As stated at the conference, and based on the understanding that by no later than July 17, 2020, third-party Wade Clark Mulcahy LLP ("Wade Clark") shall produce all non-privileged documents responsive to the subpoena served on it and a privilege log itemizing the documents over which Plaintiff claims privilege, IT IS HEREBY ORDERED that:

1. Defendant shall make its letter motion to compel the production of documents being withheld based on attorney-client privilege or attorney work product, by letter, not to exceed 5 single-spaced pages, filed on ECF on or before August 7, 2020.

2. Plaintiff shall file its opposition to the motion to compel and cross-motion to quash the subpoena on Wade Clark to the extent that it calls for production of documents over which Plaintiff claims an attorney-client privilege or attorney work product protection by letter motion, not to exceed 5 single-spaced pages, filed on ECF on or before August 28, 2020.

2

3. Defendant shall file its opposition to the motion to quash by letter, not to exceed 2 single-spaced pages, filed on ECF no on or before September 10, 2020.

4. Plaintiff may make its motion to compel production of documents withheld by Defendant on ECF, by letter not to exceed 3 single-spaced pages, on or before July 13, 2020. Defendant shall reply by letter of the same length filed on ECF on or before July 20, 2020.

SO ORDERED.

Dated: July 6, 2020
      New York, New York

                                                            LEWIS J. LIMAN
                                          United States District Judge