```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BERKLEY CUSTOM INSURANCE MANAGERS,                                 :
                                                                   :
                          Plaintiff,                               :
                                                                   :        18-cv-9297 (LJL)
         -v-                                                       :
                                                                   :        ORDER
YORK RISK SERVICES GROUP, INC.,                                    :
                                                                   :
                          Defendant.                               :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

As stated at the conference held yesterday, October 28, 2021, it is hereby ORDERED:

Plaintiff Berkley Custom Insurance Managers ("Berkley") filed a motion to strike on October 28, 2021. Dkt. No. 116. Defendant York Risk Services Group, Inc. ("York") is directed to file its response on the docket by no later than November 1, 2021 at 11:00 a.m.

The deadline for York to file a motion to strike is October 29, 2021 at 5:00 p.m.

Trial is set to begin in this case on November 2, 2021 at 9:30 a.m. and run through November 5, 2021. The parties will supply two hard copy sets of exhibits for the Court at the start of trial. Closing arguments are set for November 12, 2021 at 2:00 p.m. Each side will have no more than one hour each for closing arguments.

SO ORDERED.

Dated: October 29, 2021
       New York, New York
                                                      _____
                                                              LEWIS J. LIMAN
                                                         United States District Judge