**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BERKLEY CUSTOM INSURANCE MANAGERS,

                Plaintiff,                **18-CV-09297 (LJL) (VF)**

      -against-                      **ORDER**

YORK RISK SERVICES GROUP INC.,

                Defendant.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      In light of the joint letter filed on May 17, 2022 (ECF No. 137) indicating finalization of the parties' settlement agreement and anticipating filing of a stipulation of dismissal, the parties are to advise the Court, no later than **Tuesday, May 31, 2022**, whether the settlement conference currently scheduled Thursday, June 30, 2022, at 2:00 p.m. should be canceled.

      **SO ORDERED.**

DATED:    New York, New York
               May 26, 2022

                                                                    _____
                                                                    VALERIE FIGUEREDO
                                                                    United States Magistrate Judge