```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
BERKLEY CUSTOM INSURANCE MANAGERS,                                 :
                                                                   :
                            Plaintiff,                             :
                                                                   :       18-cv-9297 (LJL)
              -v-                                                  :
                                                                   :           ORDER
YORK RISK SERVICES GROUP, INC.,                                    :
                                                                   :
                            Defendant.                             :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

    The parties, having entered into a settlement agreement that fully resolves the claims in this case, request that the Court dismiss the action with prejudice while also retaining jurisdiction to enforce the settlement agreement.  Dkt. No. 144.  The parties have moved to seal the settlement agreement filed on the docket.  *See* Dkt. Nos. 142–143.

    The Court will not retain jurisdiction to enforce a settlement agreement whose terms are confidential.  The public has a right to know the terms of an agreement the Court's resources will be drawn upon to enforce and to apply to the parties.  If the parties wish that the Court retain jurisdiction to enforce the agreement, the parties must place the terms of their settlement agreement on the public record.

    By July 21, 2022, the parties shall inform the Court whether they withdraw the request to seal the settlement agreement or whether they withdraw the request for the Court to retain jurisdiction to enforce the settlement agreement.  If the parties withdraw the request for the Court to retain jurisdiction to enforce the settlement agreement, the parties shall also file a proposed stipulation of dismissal to that effect.

    SO ORDERED.

Dated: July 14, 2022  
       New York, New York  
                                                     LEWIS J. LIMAN  
                                         United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 07/14/2022